UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

TAMARA BUSSE, Individually, and as Administrator of the Estate of Karen M. Busse,

    Plaintiffs,

v.

GENERAL MOTORS, LLC,

    Defendant.

Case No.: 3:16-cv-00480-jdp

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between plaintiff Tamara Busse, individually, and as Administrator of the Estate of Karen M. Busse, and defendant General Motors, LLC, that the above-captioned matter may be dismissed with prejudice, together with all claims and causes of action which were or might have been alleged therein, and without further cost to the parties. Each party shall bear its own costs, expenses, and attorney's fees.

Accordingly, the Court may enter an Order dismissing this matter with prejudice.

Dated: October 10, 2018.

*/s/Andrew Woellner*
Derek H. Potts (admitted *pro hac vice*)
Andrew A. Woellner (admitted *pro hac vice*)
awoellner@potts-law.com
Potts Law Firm, LLP
3737 Buffalo Speedway, Suite 1900
Houston, TX 77098
Tel: 713.963.8881/Fax: 713.583.5388

1

19707406v1

                        Eric J. Haag (Wis. Bar No. 1026958)
                        ehaag@wiscinjurylawyers.com
                        Atterbury, Kammer & Haag
                        8500 Greenway Blvd., Suite 103
                        Middleton, WI 53562
                        Tel: 608.821.4600/Fax: 608.821.4610

                        ***ATTORNEYS FOR PLAINTIFFS***

Dated: October 10, 2018        */s/ Theodore Dorenkamp*
                        Theodore Dorenkamp
                        (Wis. Bar No. 1078846)
                        ted.dorenkamp@bowmanandbrooke.com
                        BOWMAN AND BROOKE LLP
                        150 South Fifth Street, Suite 3000
                        Minneapolis, MN  55402
                        Tel: 612.339.8682/Fax: 612.672.3200

                        J. Karl Viehman
                        karl.viehman@bowmanandbrooke.com
                        BOWMAN AND BROOKE LLP
                        2501 North Harwood Street, Suite 1700
                        Dallas, TX  75201
                        Tel: 972.616.1700/Fax: 972.616.1701

                        ***ATTORNEYS FOR GM LLC***

19707406v1