UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

TAMARA BUSSE, Individually, and as
Administrator of the Estate of Karen M.
Busse,

   Plaintiffs,

v.

Case No.: 3:16-cv-00480-jdp

GENERAL MOTORS, LLC,

   Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

 IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice as to any and all claims and causes of action which were or might have been alleged therein by or on behalf of Tamara Busse, individually, and as Administrator of the Estate of Karen M. Busse, against General Motors, LLC, without costs to any of these parties, and with each party responsible for its own costs, expenses and attorneys' fees.

**IT IS SO ORDERED**

Dated this 11TH day of October, 2018. BY THE COURT:

               _____
               JAMES D. PETERSON
               United States District Court Judge